IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:17-cv-226

| | |
|---|---|
| RAVELLE PEARSALL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| DELTA CAREER EDUCATION | ) |
| CORPORATION, | ) |
| | ) |
| Respondent. | ) |

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on November 29, 2017; that the summons and complaint were duly served upon the defendant, Delta Career Education Corporation, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant, Delta Education Corporation, as provided in Rule 55(a), Federal Rules of Civil Procedure.

This the __9__ day of February, 2018.

Peter A. Moore,
Clerk of Court