UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

RaVELLE PERSALL,  )
         Plaintiff,  )
           )  **DEFAULT JUDGMENT**
v.  )
           )  No. 7:17-CV-226-FL
DELTA CAREER EDUCATION CORPORATION)
         Defendant.  )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 25, 2018, for the reasons set forth more specifically therein, plaintiff's motion for default judgment is granted. Court awards $324,650.68, costs and attorney's fees associated with the instant proceedings in the amount of $9,885.00. The court awards pre-judgment interest at 8% per annum accruing from October 29, 2017. The court AWARDS post-judgment interest at the rate prescribed by 28 U.S.C. § 1961 until the judgment is satisfied.

**This Judgment Filed and Entered on June 25, 2018, and Copies To:**
Kevin Patrick Murphy (via CM/ECF Notice of Electronic Filing)
Sean F. Herrmann (via CM/ECF Notice of Electronic Filing)
Delta Career Education Corporation (c/o National Registered Agents, Inc., 160 Greentree Drive, Suite 101, Dover, DE 19904)

June 25, 2018                     PETER A. MOORE, JR., CLERK
                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk